1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC, | CASE NO. C23-0393JLR |
| Plaintiff, | ORDER |
| v. | |
| ANNAPURNA LLC, et al., | |
| Defendants. | |

Before the court is Plaintiff GS Holistic, LLC's ("GS Holistic") motion for an extension of time to file a joint case management conference statement. (Mot. (Dkt. # 13).) GS Holistic cites the standing order for civil cases issued by the Honorable Lauren King as setting the deadline for this statement. (*See id.* at 1 (citing 3/20/23 Standing Order (Dkt. # 4).) That order, however, does not set a deadline for a joint case management conference statement, and this court has not yet entered an initial scheduling order for this case. (*See generally* 3/20/23 Standing Order; Dkt.) Therefore, the court

ORDER - 1

1  (1) DENIES GS Holistic's motion (Dkt. # 13) as moot and (2) DIRECTS the Clerk to

2  issue an initial scheduling order for this case.

3        Dated this 31st day of May, 2023.

                                                _____
                                                JAMES L. ROBART
                                                United States District Judge

ORDER - 2